# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA | : | CR. 11-669 (PGS) |
| V. | : | ORDER |
| FRANK CORALLO | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 3rd , day of January 2018,

O R D E R E D that Federal Public Defender Andrea Bergman, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender